**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 18-6581**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

TREVOR LITTLE, a/k/a Tragedy, a/k/a Trag,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston. Joseph R. Goodwin, District Judge. (2:95-cr-00198-2)

─────────────

Submitted: August 16, 2018                    Decided: August 21, 2018

─────────────

Before WYNN and DIAZ, Circuit Judges, and SHEDD, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Trevor Little, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Trevor Little appeals the district court's order denying his motion "regarding his court imposed fines." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Little*, No. 2:95-cr-00198-2 (S.D.W. Va. May 2, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*